IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUFFINO TELLEZ-ARAUJO, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 3:12-cv-260 |
| ) | |
| UNITED STATES OF AMERICA, ) | Judge Sharp |
| ) | |
| Respondent. ) | |

### ORDER

The movant, proceeding *pro se*, has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. (Doc. No. 1.)

The Court has examined the motion, as required by Rule 4(b) of the Rules Governing Section 2255 Proceedings, and determined that it is not readily apparent on the face of the motion that the movant is not now entitled to relief. Accordingly, the Clerk is directed to serve a copy of the petition and this order by certified mail on the United States Attorney. The United States Attorney for this judicial district shall file an answer, plead, or otherwise respond to the motion in conformity with Rule 5 of the Rules Governing Section 2255 Proceedings within 30 days of the date of entry of this Order.

It is so **ORDERED**.

Kevin H. Sharp
United States District Judge